## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Lynn S. Poindexter<br>            Debtor(s) | CHAPTER 13 |
| Toyota Motor Credit Corporation<br>            Movant<br>vs. | NO. 18-11548 MDC |
| Lynn S. Poindexter<br>            Debtor(s)<br>Ebonee Lynne Poindexter-Comeron<br>            Co-Debtor | 11 U.S.C. Section 362 and 1301(c) |
| William C. Miller Esq.<br>            Trustee | |

### ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2017 Toyota Camry, VIN: 4T1BF1FK7HU739064 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this 11th day of June, 2019.

_____
United States Bankruptcy Judge.

cc: See attached service list

Lynn S. Poindexter
1538 West York Street
Philadelphia, PA 19132

Ebonee Lynne Poindexter-Cameron
1538 West York Street
Philadelphia, PA 19132

Christian A. Dicicco, Law Offices of Christian A. DiCicco
2008 Chestnut Street
Philadelphia, PA 19103

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532