IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
LYNN S. POINDEXTER
                    Debtor

: CHAPTER 13
:
: BK. No. 18-11548 MDC

## ORDER

AND NOW, this 13th day of June, 2019, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

_____
**MAGDELINE D. COLEMAN**,
Chief United States Bankruptcy Judge

WILLIAM C MILLER, ESQUIRE (TRUSTEE)
P.O. BOX 1229
PHILADELPHIA, PA 19105

LYNN S. POINDEXTER
1538 WEST YORK STREET
PHILADELPHIA, PA 19132

CHRISTIAN A. DICICCO, ESQUIRE
LAW OFFICES OF CHRISTIAN A. DICICCO
2008 CHESTNUT STREET
PHILADELPHIA, PA 19103

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107