# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 18-11548-MDC

LYNN S POINDEXTER

1538 WEST YORK STREET

PHILADELPHIA, PA 19132

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    LYNN S POINDEXTER

    1538 WEST YORK STREET

    PHILADELPHIA, PA 19132

Counsel for debtor(s), by electronic notice only.

    CHRISTIAN A DICICCO
    2008 CHESTNUT ST

    PHILADELPHIA, PA 19103

Date: 5/22/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee