United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-11548-mdc
Lynn S. Poindexter                                                      Chapter 13
   Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Christina          Page 1 of 2          Date Rcvd: Sep 11, 2020
                              Form ID: pdf900         Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2020.
```
db          +Lynn S. Poindexter,    1538 West York Street,    Philadelphia, PA 19132-4455
14069336    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: FIA Card Services,    PO Box 15019,    Wilmington, DE 19886)
14069331     Bank of America,    PO Box 15019,    Wilmington, DE 19886-5109
14069334    +Convergent Outsourcing, Inc.,    800 SW 39th Street,    PO Box 9021,    Renton, WA 98057-9021
14069338     FIA Card Services,    PO Box 15971,    Wilmington, DE 19850-5971
14069339    +Gaurdian Protection Services,    174 Thorn Hill ROad,    Warrendale, PA 15086-7528
14069340    +HSBC Bank USA,    3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
14091278     HSBC Bank USA, National Association ET. AL.,    Wells Fargo Bank, N.A.,
              Default Document Processing,    N9286-01Y,    1000 Blue Gentian Road,    Eagan MN 55121-7700
14069341    +LVNV Funding,   c/o Northland Group,    PO Box 390846,    Minneapolis, MN 55439-0846
14069343    +Media Members Federal,    800 River Rd,    Conshohocken, PA 19428-2632
14069346    +PGW,    800 W. Montgomery Avenue,    Philadelphia, PA 19122-2806
14069345     Penn Medicine,    UPHS Paysicians Patient Pay,    PO Box 824406,    Philadelphia, PA 19182-4406
14069347    +Phelan, Hallinan, Diamond & Jones LLP,    Attn: Foreclosure Department,
              1617 JFK Boulevard, Suite 1400,    Philadelphia, PA 19103-1814
14069351    +Stern & Eisenberg, PC,    1581 Main Street, Suite 200,    Warrington, PA 18976-3403
14069352    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Motor credit Corp,    Po Box 8026,    Cedar Rapids, IA 52408)
14393128     Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3001,
              Malvern  PA 19355-0701
14080748    +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
14323751    +Toyota Motor Credit Corporation,    c/o Rebecca A Solarz, Esquire,    KML Law Group, P.C.,
              701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14069355     UPHS PAH Patient Pay,    PO Box 824329,    Philadelphia, PA 19182-4329
14069353    +University of Pennsylvania,    3900 Spruce Street,    Philadelphia, PA 19104-4113
14069354     University of Pennsylvania PAH,    BOX 757435,    Philadelphia, PA 19175-7435
14069359    +Wells Fargo Bank,    Po Box 10438,    Macf8235-02f,    Des Moines, IA 50306-0438
14069360     Wells Fargo Home Mortgage,    Written Correspondence Resolutions,    Mac#2302-04e,
              DesMoines, IA 50306
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: megan.harper@phila.gov Sep 12 2020 04:51:45     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 12 2020 04:51:15
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 12 2020 04:51:33     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14069329    +E-mail/Text: bankruptcy@rentacenter.com Sep 12 2020 04:51:55     Acceptance Now,
              Attn: Bankruptcy,    5501 Headquarters Dr,    Plano, TX 75024-5837
14069330    +E-mail/Text: broman@amhfcu.org Sep 12 2020 04:51:25     American Heritage Fcu,
              2060 Red Lion Rd,    Philadelphia, PA 19115-1699
14069333     E-mail/Text: megan.harper@phila.gov Sep 12 2020 04:51:45     City of Philadelphia,
              Law Dept. Tax Unit,    One Parkway Bldg. - Bankruptcy Group,    1515 Arch Street, 15th Floor,
              Philadelphia, PA 19102-1595
14183707    +E-mail/Text: megan.harper@phila.gov Sep 12 2020 04:51:46
              CITY OF PHILADELPHIA, LAW DEPARTMENT  TAX UNIT,    BANKRUPTCY GROUP, MSB,
              1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
14069332    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 12 2020 05:02:41     Capital One,
              Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14069335     E-mail/Text: bknotice@ercbpo.com Sep 12 2020 04:51:24     ERC,    PO Box 23870,
              Jacksonville, FL 32241-3870
14105105     E-mail/PDF: resurgentbknotifications@resurgent.com Sep 12 2020 05:01:53
              LVNV Funding, LLC its successors and assigns as,    assignee of NCOP Capital II, LLC,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14105295     E-mail/PDF: resurgentbknotifications@resurgent.com Sep 12 2020 05:01:54
              LVNV Funding, LLC its successors and assigns as,    assignee of NCOP Capital III, LLC,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14105294     E-mail/PDF: resurgentbknotifications@resurgent.com Sep 12 2020 05:01:53
              LVNV Funding, LLC its successors and assigns as,    assignee of NCO Portfolio Management,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14104695     E-mail/PDF: resurgentbknotifications@resurgent.com Sep 12 2020 05:01:54
              LVNV Funding, LLC its successors and assigns as,    assignee of North Star Capital,
              Acquisition LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14105663     E-mail/PDF: resurgentbknotifications@resurgent.com Sep 12 2020 05:01:53
              LVNV Funding, LLC its successors and assigns as,    assignee of CVF Consumer Acquisition,
              Company,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14102643    +E-mail/Text: bankruptcydpt@mcmcg.com Sep 12 2020 04:51:21     MIDLAND FUNDING LLC,
              PO Box 2011,    Warren, MI 48090-2011
14069342    +E-mail/Text: bknotices@mbandw.com Sep 12 2020 04:51:31     Mccarthy Burgess & Wol,
              26000 Cannon Rd,    Cleveland, OH 44146-1807
```

```
District/off: 0313-2          User: Christina            Page 2 of 2               Date Rcvd: Sep 11, 2020
                              Form ID: pdf900            Total Noticed: 47

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14069344        +E-mail/Text: bankruptcygroup@peco-energy.com Sep 12 2020 04:50:52      PECO,
                 2301 Market Street, N3-1,   Philadelphia, PA 19103-1380
14088854        +E-mail/Text: bankruptcygroup@peco-energy.com Sep 12 2020 04:50:52      PECO Energy Company,
                 2301 Market Street,   S4-1,   Philadelphia, PA 19103-1380
14069348         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 12 2020 05:02:16
                 Portfolio Recovery Associates,    120 Corporate Blvd.,   Norfolk, VA 23502
14069349         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 12 2020 05:01:46
                 Portfolio Recovery Associates, LLC,    PO Box 12914,   Norfolk, VA 23541
14069350        +E-mail/Text: bankruptcy@sw-credit.com Sep 12 2020 04:51:22      Southwest Credit Systems,
                 4120 International Parkway,   Suite 1100,   Carrollton, TX 75007-1958
14069356        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 12 2020 04:50:40
                 Verizon,    Verizon Wireless Bankruptcy Administrati,   500 Tecnolgy Dr Ste 500,
                 Weldon Springs, MO 63304-2225
14069357         E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 12 2020 04:50:41
                 Verizon HQ-Phone,   PO Box 28000,   Lehigh Valley, PA 18002-8000
14069358        +E-mail/Text: megan.harper@phila.gov Sep 12 2020 04:51:46      Water Revenue Bureau,
                 1401 JFK Blvd.,   Philadelphia, PA 19102-1663
                                                                                              TOTAL: 24

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr                WELLS FARGO BANK, N.A.
14069337*        ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                 (address filed with court:  FIA Card Services,   PO Box 982235,   El Paso, TX 79998-2235)
14086975*        +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
                                                                                 TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 11, 2020 at the address(es) listed below:
              CHRISTIAN A. DICICCO    on behalf of Debtor Lynn S. Poindexter
               cdicicco@myphillybankruptcylawyer.com,    christianadicicco@gmail.com;r57075@notify.bestcase.com
              JEROME B. BLANK    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE ET. AL.
               paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    HSBC BANK USA, National Association as Trustee in Trust
               for Citigroup Mortgage Loan Trust Inc., Asset Backed Pass Through Certificates Series 2003-HE3
               paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE ET. AL.
               paeb@fedphe.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                               TOTAL: 7
```

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  
LYNN S POINDEXTER

Chapter 13

Debtor

Bankruptcy No. 18-11548-MDC

# ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

September 10, 2020

_____
Magdeline D. Coleman
Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
CHRISTIAN A DICICCO
2008 CHESTNUT ST

PHILADELPHIA, PA 19103

Debtor:
LYNN S POINDEXTER

1538 WEST YORK STREET

PHILADELPHIA, PA 19132